UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 20 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| OFF IT INC, a Washington State corporation and LAYNE E HUBER, in his individual capacity,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>THURSTON COUNTY, a municipal corporation and CITY OF LACEY, a municipal corporation,<br><br>        Defendants - Appellees. | No. 13-35408<br><br>D.C. No. 3:12-cv-05701-RBL<br>U.S. District Court for Western Washington, Tacoma<br><br>**MANDATE** |

The judgment of this Court, entered July 28, 2014, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $46.80.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Eliza Lau
                                      Deputy Clerk